IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY CHIARELLO, and
CHRISTINE CHIARELLO,

    Plaintiffs,

v.

    Case No.: 3:23-cv-00061-TJC-JBT

FENBLIK, LLC, a Florida Limited
Liability Company, and
FLEETWOOD ALUMINUM
PRODUCTS, INC., a California
corporation

    Defendants.
_____/

FLEETWOOD ALUMINUM PRODUCTS, a
California Corporation,

    Cross-Plaintiff,

v.

FENBLIK, LLC, a Florida Limited Liability
Company,

    Cross-Defendant.
_____/

FENBLIK, LLC, a Florida Limited Liability
Company,

    Third Party Plaintiff,

v.

JONATHAN DAVID SMITH, INC., a
Florida Corporation,

    Third Party Defendant.
_____/

## **JOINT STIPULATION OF PARTIES FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, Anthony Chiarello and Christine Chiarello ("Plaintiffs"); Defendant/Third-Party Plaintiff/Cross-Claim Defendant, Fenblik, LLC ("Fenblik"); Defendant and Cross-Claimant, Fleetwood Aluminum Products, Inc. ("Fleetwood"); and Third-Party Defendant, Jonathan David Smith, Inc. ("JDS"), hereby notify the Court that they have settled and fully resolved all claims asserted by Plaintiffs against Fleetwood and Fenblik in the above-styled action. Further, Fenblik has fully settled and fully resolved all third-party claims asserted by it against JDS and Fleetwood has fully settled and fully resolved all cross-claims asserted by it against Fenblik. Accordingly, Plaintiffs, Fenblik, Fleetwood, and JDS, through their respective counsel and pursuant to Fed. R. Civ. P. Rule 41, hereby file this Stipulation of Dismissal with Prejudice and dismiss with prejudice the above-styled action, including without limitation all claims, third-party claims, and cross-claims asserted in this action. Each party shall bear its own attorneys' fees and costs. Plaintiffs request that the Court retain jurisdiction to enforce the terms of the settlement agreement reached in this matter.

Respectfully submitted this 27th day of February 2025.

| **FERRELLE BURNS, P.A.** | **BUTLER WEIHMULLER KATZ CRAIG LLP** |
|---|---|
| /s/ David D. Burns | /s/ James K. Hickman |
| David D. Burns | James K. Hickman |
| Florida Bar No. 878081 | Florida Bar No.: 893020 |
| dburns@ferrelleburns.com | jhickman@butler.legal |
| Kathleen Wubker | Taylor E. Ellis |
| Florida Bar No. 544213 | Florida Bar No.: 117695 |
| kwubker@ferrelleburns.com | tellis@butler.legal |
| 241 Atlantic Boulevard, Suite 203 | 400 N. Ashley Drive, Suite 2300 |
| Neptune Beach, Florida 32266 | Tampa, FL 33602 |
| *Counsel for Plaintiffs* | *Counsel for Defendant/Cross-Plaintiff, Fleetwood Aluminum Products, Inc.* |

| **ORR COOK** | **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP** |
|---|---|
| /s/ Giovanni Stewart | /s/ Michael K. Kiernan |
| Giovanni Stewart | Michael K. Kiernan, Esq. |
| Florida Bar No. 654531 | Florida Bar No. 03391964 |
| gstewart@orrcook.com | mkiernan@tlsslaw.com |
| Maura McCafferty | Frank E. Dylong, Jr., Esq. |
| Florida Bar No. 1022440 | Florida Bar No 972320 |
| mmccafferty@orrcook.com | fdylong@tlsslaw.com |
| Taryn Turner | 55 First Street South |
| Florida Bar No. 1012299 | St. Petersburg, Florida 33701 |
| tturner@orrcook.com | *Counsel for Defendant/Cross-Defendant/ Third-Party Plaintiff, Fenblik, LLC* |
| 50 N. Laura St., Ste. 1675 | |
| Jacksonville, Florida 32202 | |
| *Counsel for Third-Party Defendant, Jonathan David Smith, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, a true and accurate copy of this Stipulation of Dismissal with Prejudice was filed with the Clerk of Court via the CM/ECF system, which will send electronic notice to the following counsel of record:

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP**

Michael K. Kiernan, Esq.
Kimberly T. Van Der Riet, Esq.
55 First Street South
St. Petersburg, FL 33701
mkiernan@tlsslaw.com
kvanderriet@tlsslaw.com
jstallings@tlsslaw.com

*Counsel for Defendant Fenblik, LLC*

**BUTLER WEIHMULLER KATZ CRAIG LLP**

Denise M. Anderson, Esq.
James K. Hickman, Esq.
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602
danderson@butler.legal
jhickman@butler.legal

*Counsel for Defendant Fleetwood Aluminum Products, Inc.*

**ORR COOK**

Giovanni Stewart, Esquire
Maura McCafferty, Esquire
Taryn Turner, Esquire
50 N. Laura Street, Suite 1675
Jacksonville, Florida 32202
gstewart@orrcook.com
mmccafferty@orrcook.com
tturner@orrcook.com

*Counsel for Third-Party Defendant, Jonathan David Smith, Inc.*

                                          */s/ David D. Burns*
                                          Attorney