**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANTHONY CHIARELLO and
CHRISTINE CHIARELLO,

      Plaintiffs,

                              Case No. 3:23-cv-61-TJC-SJH

v.

FENBLIK, LLC, a Florida limited
liability company and
FLEETWOOD ALUMINUM
PRODUCTS, INC., a California
corporation,

             Defendants/Third
             Party Plaintiffs

JONATHAN DAVID SMITH,
INC., JONATHAN DAVID
SMITH, INC. and JONATHAN
DAVID SMITH, INC.
            Third Party Defendants

---

**O R D E R**

**THIS CASE** is before the Court on the Joint Stipulation of Parties for

Dismissal with Prejudice (Doc. 102), filed on February 27, 2025. The Parties

have requested the Court retain jurisdiction for enforcement. In order to do so,

a copy of the settlement agreement must be filed. No later than **March 28,**

**2025**, the Parties should either file a copy of the settlement agreement or jointly

file a notice that they do not wish the Court to retain jurisdiction for enforcement purposes.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of March, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record

2